**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAMUEL KNIGHT, ) | |
| ) | 2:08-cv-00308-RCJ-GWF |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| LAS VEGAS DETENTION CENTER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

Before the Court for consideration is the Order & Findings and Recommendations of Magistrate Judge George W. Foley, Jr., entered July 13, 2009 (#71). Plaintiff filed objections thereto on July 21, 2009 (#73).

The Court has conducted a review of the record in this case and determines that the Order & Findings and Recommendations of the United States Magistrate Judge entered July 13, 2009, should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Foley's Order & Findings and Recommendations (#71) be affirmed and adopted, and that this case is **DISMISSED with prejudice** against District Attorney David Roger, Assistant District Attorney Dena Rinett, Prosecutor Leslie Peyna, Judge Susan Johnson, Judge Douglas W. Herndon and Judge Larry Winstein, Clark County Sheriff Douglas Gillespie, Clark County Undersheriff Rod Jett, Las Vegas Metropolitan Police Sergeant Phillip, Las Vegas Metropolitan Sergeant V. Dumas, Las Vegas Metropolitan Police R. Horn, Las Vegas

Metropolitan Police Officer C. Neri, Doctor Hayes, Nurse Nancy, Nurse Mary, the Las Vegas Detention Center, Las Vegas Detention Center Chief Coynes, Las Vegas Detention Center Officer Salazar, Transportation Officer Coleman, Doctor Saavedra and Public Defender Jennifer Bolton, for Plaintiff's failure to state a claim upon which relief can be granted.

DATED: September 22, 2009

_____
UNITED STATED DISTRICT COURT